DANIEL J. BRODERICK, #89424
Federal Defender
LAUREN CUSICK, Bar #257570
Assistant Federal Defender
Designated Counsel for Service
AKIO KATANO
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
TIMOTHY JACZOLA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:10-cr-00281 KJN |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER TO CONTINUE |
| TIMOTHY JACZOLA, | ) Date:  August 11, 2010 |
| Defendant. | ) Time:  10:00 a.m. |
| | ) Judge: Hon. Kendall J. Newman |

   IT IS HEREBY STIPULATED between the parties through their respective counsel, Matthew C. Stegman, Assistant United States Attorney, and Lauren D. Cusick, attorney for TIMOTHY JACZOLA, that the Court vacate the trial confirmation hearing on August 11, 2010 at 10:00 a.m. and the jury trial date set for September 7, 2010 at 9:00 a.m.  We respectfully request the court set a trial confirmation hearing on September 14, 2010 at 2:00 p.m. and a jury trial date for September 28,

1  2010 at 9:00 a.m.  The parties agree that the ends of justice served by
2  granting defendant's request for a continuance outweigh the best
3  interest of the public and the defendant in a speedy trial because the
4  defense requires more time to fully investigate the facts alleged
5  against Mr. Jaczola to prepare his defense or negotiate a resolution.
6  18 U.S.C. § 3161(h)(7)(A).

7      The parties stipulate that for the purpose of computing time under
8  the Speedy Trial Act, the Court should exclude time from the date of
9  this order until September 28, 2010, under 18 U.S.C. §
10 3161(h)(7)(B)(iv) [Local Code T4].

Dated: August 9, 2010

                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

                                    /s/ Lauren Cusick
                                    _____
                                    LAUREN CUSICK
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    TIMOTHY JACZOLA

Dated: August 9, 2010               BENJAMIN B. WAGNER
                                    United States Attorney


                                    /s/ Matthew C. Stegman
                                    _____
                                    MATTHEW C. STEGMAN
                                    Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: August 10, 2010

                                    /s/ Kendall J. Newman
                                    KENDALL J. NEWMAN
                                    United States Magistrate Judge