```
DANIEL J. BRODERICK, #89424
Federal Defender
LAUREN CUSICK, Bar #257570
Assistant Federal Defender
Designated Counsel for Service
TATIANA FILIPOVA
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
TIMOTHY JACZOLA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:10-cr-00281 KJN |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | |
| | ) | |
| TIMOTHY JACZOLA, | ) | Date: September 28, 2010 |
| | ) | Time: 9:00 a.m. |
| Defendant. | ) | Judge: Hon. Kendall J. Newman |
| | ) | |
| _____ | ) | |

     The United States of America, through Matthew Stegman, Assistant United States Attorney, together with defendant, Timothy Jaczola, by counsel Lauren Cusick, Assistant Federal Defender, stipulate to vacate the trial confirmation hearing set for September 14, 2010, 2:00 p.m., and the jury trial set for September 28, 2010, at 9:00 a.m., and set this case for a motion hearing on October 22, 2010 at 9:00 a.m., pursuant to the following briefing schedule.

1   The parties stipulate to the following briefing schedule and
2 hearing date:
3   Defendant's Motion due . . . . . . . . . . . September 22, 2010
4   Government's Response due . . . . . . . . . .   October 6, 2010
5   Defendant's Reply due . . . . . . . . . . . . . October 13, 2010
6   Motion Hearing . . . . . . . . . October 22, 2010 at 9:00 a.m.

8   The parties agree that the Court may set a new jury trial date, if
9 necessary, following the motion hearing.  The parties anticipate that
10 this will be a non-evidentiary hearing on a motion to suppress with
11 limited oral arguments, but will notify the Court if this changes.  The
12 parties stipulate that the time between September 10 and September 22,
13 2010 should be excluded under the Speedy Trial Act (18 U.S.C.
14 §3161(h)(7)(A)), due to the need to provide defense counsel with
15 reasonable time to research, write and prepare the anticipated motion.
16 The parties further stipulate that the time period from September 22,
17 2010, to October 22, 2010, be excluded under 18 U.S.C. §3161(h)(1)(D)
18 and Local Code E for a pending motion.  The parties agree that for the
19 above reason, the ends of justice served by granting the continuance
20 outweigh the best interest of the public and the defendant in a speedy
21 trial.

23 Dated:  September 10, 2010          Respectfully submitted,
24                                     DANIEL J. BRODERICK
                                       Federal Defender
25
                                       /s/Lauren Cusick
26                                     LAUREN CUSICK
                                       Assistant Federal Defender
27                                     Attorney for Defendant
                                       TIMOTHY JACZOLA
28

-2-

```
Dated: September 10, 2010            BENJAMIN B. WAGNER
                                     United States Attorney

                                     /s/ Matthew C. Stegman
                                     MATTHEW C. STEGMAN
                                     Assistant U.S. Attorney
```

ORDER

IT IS SO ORDERED.

Dated: September 10, 2010

*[signature: Kendall J. Newman]*

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE