| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | MATTHEW C. STEGMAN<br>Assistant U.S. Attorney |
| 3 | MICHAEL A. WHEABLE<br>Certified Law Clerk, Misdemeanor Unit |
| 4 | 501 I Street, Suite 10-100<br>Sacramento, California 95814 |
| 5 | Telephone: (916) 554-2810 |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:10-cr-00281 KJN |
| | ) | |
| Plaintiff, | ) | ORDER TO DISMISS |
| | ) | INFORMATION |
| v. | ) | |
| | ) | |
| TIMOTHY JACZOLA, | ) | DATE: October 22, 2010 |
| | ) | TIME: 10:00 a.m. |
| Defendant. | ) | JUDGE: Hon. Kendall J. Newman |

It is Hereby Ordered that the plaintiff United States of America's motion to dismiss case no. 2:10-cr-00281 KJN is GRANTED. All pending dates are VACATED.

IT IS SO ORDERED.

Dated: October 13, 2010

/s/ Kendall J. Newman
Hon. Kendall J. Newman
United States Magistrate Judge